George Lee WILLIAMS, Movant,

v.

STATE of Missouri, Respondent.

No. 47285.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 13, 1983.

Donald J. Hager, Public Defender, Farmington, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Appeal from dismissal without evidentiary hearing of a motion under Rule 27.26. The allegations of the motion are refuted by the record. Affirmed. Rule 84.16(b).